# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02V02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ONE 2000 DODGE CARAVAN | ) | |
| GRAND SE/SPORT VAN, | ) | |
| VIN # 1B4GP44G2YB784560, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice given to the District Judge on August 16, 2005, that the above case has settled,

**IT IS ORDERED**:

1. The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the Clerk of the Court which will fully dispose of the case on or before September 19, 2005. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii), and shall state whether the dismissal is with or without prejudice; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

Dated this 16th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge