# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02V02 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ONE 2000 DODGE CARAVAN GRAND SE/SPORT VAN, VIN # 1B4GP44G2YB784560, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Stipulation (Filing No. 48) executed by Plaintiff United States of America, the Defendant vehicle, and Claimant Erin Clemons. I have reviewed the Stipulation and I conclude that it should be approved in all respects. Accordingly,

IT IS ORDERED, ADJUDGED AND DECREED as follows:

1. The parties' Stipulation (Filing No. 48) is hereby approved;

2. The United States shall return the Defendant vehicle to Claimant Erin Clemons as soon as is reasonably practicable;

3. All pending motions are denied as moot; including

    a. The United States Motion to Re-Open Hearing and Memorandum Brief (Filing No. 44);

    b. Claimant Erin Clemons' Motion for Attorney Fees and Costs (Filing No. 45);

    c. Claimant Erin Clemons' Objection to the United States Motion to Re-Open Hearing (Filing No. 46);

4. The United States shall pay to Erin Clemons the amount of $5,000 for attorney fees that she incurred in defending this forfeiture action. The United

Stated shall make the payment pursuant to Title 28, United States Code, Section 2465(b); and

5. This case is hereby terminated for all statistical purposes.

Dated this 30th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge